# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

Case Number: 2:25-CV-14-BSM

Plaintiff: **LUXOTTICA GROUP S.p.A., an Italian corporation**
vs.
Defendant: **QUICK RETAIL SERVICES LLC, an Arkansas limited liability company, and FARAZ ZAMEER, individually**

For: T. Martin Davis
     Davis Law Firm

Received by Myers Detective Agency LLC on the 27th day of January, 2025 at 2:39 pm to be served on **Faraz Zameer, 31 Congressional Drive, Little Rock, AR 72210-2851, (501) 400-6609.** I, Christopher L New, being duly sworn, depose and say that on the __28th__ day of __January__, 2025 at __8:18A__ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, COMPLAINT, NOTICE OF ELECTION OF STATUTORY DAMAGES** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) SUBSTITUTE SERVICE: By serving __refused name__ as __father__, a member of the defendant's family at least 18 years of age where the defendant resides.

( ) PROXIMITY SERVICE: After making my purpose clear, I left the documents in the close proximity of the defendant by placing them _____ after he/she refused to receive them when I offered them to him/her.

( ) OTHER: _____

SERVICE COMPLETED AT: (✓) ADDRESS ABOVE ( ) OTHER LOCATION: _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Arkansas
County of Pulaski

Subscribed and Sworn to before me on this __28__ day of __January__ 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC / My commission expires: 10/17/34

PROCESS SERVER # __124__
Appointed in accordance with State Statutes

**Myers Detective Agency LLC**
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2025000627


